**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG**

**MICHAEL EUGENE JONES,**

   **Petitioner,**

**v.**                                                   **CIVIL ACTION NO.  3:04CV19**
                                                         **CRIMINAL ACTION NO. 3:00CR27-1**
                                                         **(BROADWATER)**

**UNITED STATES OF AMERICA,**

   **Respondent.**


**ORDER ADOPTING REPORT AND RECOMMENDATION**

On this day  the above styled case came before the Court for consideration of the Reports and

Recommendations of Magistrate Judge James E. Seibert (Doc. No. 334 & 344), dated June 29, 2005

and August 29, 2005, and petitioner's corresponding objections (Doc. No. 335, 336, & 345),  filed

June 14, 2005, June 21, 2005, and September 8, 2005.  Pursuant to 28 U.S.C. § 636(b)(1), this Court

conducted a de novo review of the above.  As a result, the Court is of the opinion that the Magistrate

Judge's Reports and Recommendations   **(Doc. No. 334 & 344)** should be, and are hereby,

**ORDERED** adopted.

The Court further **ORDERS**

1)      that the petitioner's supplemental <u>Booker</u> claim **(Doc. No. 331)** is **DENIED**;

2)      that petitioner's § 2255 motion (**Doc. No. 311**) is **DENIED and DISMISSED WITH**

        **PREJUDICE** based on the reasons set forth in the Magistrate Judge's Reports and

        Recommendations.  It is further **ORDERED** that this action be and is hereby

        **STRICKEN** from the active docket of this Court.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

**DATED** this 7th day of December, 2006.

W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE